ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ramone Kullum as Special Administrator for
Raymond Kellum,

    Plaintiff(s),

v.

Thomas Dart and Cook County,

    Defendant(s).

Case No.  1:20-cv-03795
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒    in favor of plaintiff(s) Ramone Kullum as Special Administrator for Raymond Kellum
and against defendant(s) Thomas Dart
in the amount of $150,000.00 ,

    which ☐ includes    pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered pursuant to the jury verdict for Plaintiff, Ramone Kellum as Special Administrator for Raymond Kellum and against Defendant, Thomas Dart. Plaintiff's motion for sanctions 179 is withdrawn, and therefore denied as moot. Defendant's motion for the Court to adopt the parties' stipulation 184 is also denied as moot. Plaintiff's motion for leave to file 187 is granted. Defendants' motion for judgment as a matter of law 195 is denied, for the reasons stated in open court. Civil case terminated.

---

This action was *(check one)*:

☒ tried by a jury with Judge April M. Perry    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date:   6/26/2026                                    Thomas G. Bruton, Clerk of Court

                                                      J. Capparelli, Deputy Clerk

Case: 1:20-cv-03795 Document #: 198 Filed: 06/26/26 Page 2 of 2 PageID #:1886

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date:   6/26/2026                                    Thomas G. Bruton, Clerk of Court

                                                      J. Capparelli, Deputy Clerk